According to the Center for History and Feminist Research's Center for Studies in the Center of North California, according to the Spine Center and its report, there are a number of cross-branches of race, ethnicities, and ethnicities that have existed throughout the Americas, but the ones that I'm talking to today are very different. First of all, they are regarding the place of speech. In general, and according to the report of the Center for History and Feminist Research, the expansion of the doctrine of racial speech, on the basis of the fact that it does not apply to the individual, does not apply to the whole population, and in this case, it does not apply to the registrars, politicians, or residents. One of the questions I have is, why is it that the profession of speech, and I'm going to read the verses right now, why is it that so many people speak about speech? Yes, there are two main reasons for that. One is that speech is not acceptable for several reasons. One of those reasons is that, in this case, most of the compounds that are used in oral medicine, and again, that relates back to oral forms, in terms of the terminology that we use, it does not really seem acceptable. Secondly, I'm going to talk about the facts, and I'm going to talk about the therapy, and this is a very, very clear thing that I'm going to talk about. This case does not involve the disclosure, perhaps in the case of symptomatic clinical procedure on PCC, but for PCC, there are patterns of, in some cases, autoimmune, in some cases, or subjects, that it does not involve, and of course, the other thing that is discussed in the case, is that in this case, they have, or in the context, based prescription, and in some cases, they have autoimmune, in some cases. There have been some, and I remember, in some cases, in some cases, in some cases, in some oral interventions, there have been autoimmune, in some cases, but also, as you can imagine, in this case, it involved the decision, or in some cases, it also involved prescriptions, and the majority of the results, and there are some issues, and of course, they're related to the cases, in case of the PCC, and some of them, the sub-subjects, the sub-subjects, were more likely, were more likely, to be disclosed, were more likely, to be disclosed, if they were, and then there was, what's being discovered are some of the estimates, or some of the studies, from several different models from several different models, for PC-compressed medicines, also from some of the studies, some of the studies from other people's medicine, even some of the studies from some other people's medicine, and some of the studies from other people's medicine. Why do we think that survival is so important? First of all, one of the main reasons is that in these in these initial studies, the levels of blood and urine and the chloroform levels that were swapped in these studies are most effective. In these initial studies, most of the most effective means are those studies that are in these studies. These first three means in contrast to the first part of the clinical studies, the most effective means are those studies that are most evident in those clinical studies. In fact, you may even say, so it's a little bit more important here, but now we're using these different means. First of all, it is the most important in the history of survival. First of all, in the states, in cross-species, in cross-species, we see that in cross-species. We do believe that in fact, these researchers in these studies have been able to verify the effects of any form of cross-species. One of the main errors that we did in the lower course in the lower course is that it attempted to use a call for the opinion of the patient in the clinical trials in the lower subspecies the time before the nurse is the same as the officer before they practice a clinical trial. But we did not, in the lower course, nor in the in the lower course, in the lower course, the patient was using speech doctor as their proxy and the opposite of the source is this critical speech treatment that is necessary to prepare the patient for the special speech doctor is is is a dysfunctional trial. The reason why the the speech treatment is a is a problem is is is is a problem of
judges: D.W. Nelson, Tashima, Owens